AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Megan Hicks<br><br>*Plaintiff(s)*<br>v.<br>Michael Hoyt, individually; Tesla Motors, Inc.; DOES I through X; and ROE CORPORATIONS I through X<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-cv-00301-LRH-CBC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Hoyt, individually
Electric Ave
Sparks, NV 89434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James Lee
600 W. Broadway
Suite 920
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*
(By) DEPUTY CLERK

June 5, 2019
DATE