DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

*Attorneys for Defendant
Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN HICKS,<br><br>Plaintiff,<br><br>v.<br><br>MICHEAL HOYT, individually, TESLA MOTORS, INC.; DOES I through X, and ROE ENTITIES I through X,<br><br>Defendants. | Case No.: 3:19-cv-00301-LRH-CBC<br><br>**STIPULATION AND ORDER TO STAY CASE PROCEEDINGS AND PROCEED WITH ARBITRATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MEGAN HICKS, by and through her counsel, Legal Offices of James J. Lee, and Defendant, TESLA MOTORS, INC., by and through their counsel, Jackson Lewis P.C., as follows:

1. All claims alleged by Plaintiff in her Complaint (ECF No. 1), or related thereto, shall be resolved by final and binding arbitration through the Judicial Arbitration and Mediation Service (JAMS) pursuant to the terms of Plaintiff's signed agreement concerning arbitration.

2. This case shall be stayed pending completion of arbitration.

///

///

///

3. No party shall be deemed to have waived any claim or defense merely by entering into and/or filing this Stipulation.

Dated this 29th day of July, 2019.

| LEGAL OFFICES OF JAMES J. LEE | JACKSON LEWIS P.C. |
|---|---|
| */s/ James J. Lee* <br> JAMES J. LEE, ESQ. <br> Nevada Bar No. 1909 <br> 2620 Regatta Drive <br> Suite 102 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Plaintiff Megan Hicks* | */s/ Joshua A. Sliker* <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Tesla Motors, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____   _____
Date                              U.S. District Court Judge

JACKSON LEWIS P.C.
LAS VEGAS

2