1

2

3

4

5

6

7

8

9     **UNITED STATES DISTRICT COURT**

10     **DISTRICT OF NEVADA**

11    MEGAN HICKS,                                Case No.:  3:19-cv-00301-LRH-CBC

12                    Plaintiff,

13         v.                                          **STIPULATION AND ORDER TO STAY
                                                        CASE PROCEEDINGS AND PROCEED**
14    MICHEAL   HOYT,   individually,   TESLA          **WITH ARBITRATION**
      MOTORS, INC.; DOES I through X, and ROE
15    ENTITIES I through X,

16                    Defendants.

17

18            IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MEGAN HICKS,

19    by and through her counsel, Legal Offices of James J. Lee, and Defendant, TESLA MOTORS, INC.,

20    by and through their counsel, Jackson Lewis P.C., as follows:

21            1.      All claims alleged by Plaintiff in her Complaint (ECF No. 1), or related thereto, shall

22    be resolved by final and binding arbitration through the Judicial Arbitration and Mediation Service

23    (JAMS) pursuant to the terms of Plaintiff's signed agreement concerning arbitration.

24            2.      This case shall be stayed pending completion of arbitration.

25    / / /

26    / / /

27    / / /

28

3.     No party shall be deemed to have waived any claim or defense merely by entering into and/or filing this Stipulation.

Dated this 29th day of July, 2019.

| | |
|---|---|
| LEGAL OFFICES OF JAMES J. LEE | JACKSON LEWIS P.C. |
| */s/ James J. Lee* | */s/ Joshua A. Sliker* |
| JAMES J. LEE, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 1909 | Nevada Bar No. 6596 |
| 2620 Regatta Drive | JOSHUA A. SLIKER, ESQ. |
| Suite 102 | Nevada Bar No. 12493 |
| Las Vegas, Nevada 89128 | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Megan Hicks* | |
| | *Attorneys for Defendant Tesla Motors, Inc.* |

## ORDER

IT IS SO ORDERED.

DATED this 5th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE