UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MEGAN HICKS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHEAL HOYT; TESLA MOTORS, INC.; DOES I through X; and ROE ENTITIES I through X,<br><br>　　　　　　　　　　Defendants. | Case No. 3:19-cv-00301-LRH-CLB<br><br>MINUTE ORDER<br><br>March 16, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　　　On July 29, 2019, the parties filed a stipulation to stay case proceedings and proceed with arbitration (ECF No. 3). On August 5, 2019, the court granted that stipulation (ECF No. 5). Other than a certificate of interested parties filed on August 6, 2019, there have been no further filings in this matter.

　　　　The Court hereby orders that a status report be filed either jointly or separately by the parties within twenty (20) days of the entry of this order. Such report should fully inform the Court concerning the status of this action.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　By:　　　　　　/s/　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk