James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
600 W. Broadway St., Suite 920
San Diego, CA 92101
james@leelitigate.com
702-521-4377
702-946-1115 (Fax)

Attorney for Plaintiff, MEGAN HICKS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN HICKS,<br><br>     Plaintiff,<br>v.<br><br>MICHEAL HOYT, individually; TESLA MOTORS, INC.; DOES I through X; and ROE CORPORATIONS I through X,<br><br>     Defendants. | CASE NO.: 3:19-cv-00301-LRH-CBC<br><br>**CASE STATUS REPORT** |

The plaintiff has re-submitted her Demand for Arbitration to JAMS for a second time. The plaintiff's first Demand for Arbitration was apparently not received by either JAMS or opposing counsel even though it was sent by mail return receipt requested. Notwithstanding, Plaintiff is pursuing her case through arbitration.

Dated:  March 20, 2020                    Respectfully submitted,


                                          /s/ James Lee_____
                                          James J. Lee, Esq.
                                          LEGAL OFFICES OF JAMES J LEE
                                          Attorney for Plaintiff, MEGAN HICKS

---

1

**CASE STATUS REPORT**

## CERTIFICATE OF SERVICE

I am over the age of 18, of sound mind, and counsel in this case for Plaintiff Megan Hicks. I hereby certify that on this 20th day of March, 2020, a true and correct copy of the foregoing **CASE STATUS REPORT** was served:

[X]  By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Deverie J. Christensen (christensend@jacksonlewis.com)   Attorneys for Defendant
Joshua A Sliker (joshua.sliker@jacksonlewis.com)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2020, at Las Vegas, Nevada.

/s/ James Lee
James Lee