1   DEVERIE J. CHRISTENSEN, ESQ.
    Nevada Bar No. 6596
2   JOSHUA A. SLIKER, ESQ.
    Nevada Bar No. 12493
3   **JACKSON LEWIS P.C.**
    300 S. Fourth Street, Suite 900
4   Las Vegas, Nevada 89101
    E-Mail: deverie.christensen@jacksonlewis.com
5   E-Mail: joshua.sliker@jacksonlewis.com
    Telephone: (702) 921-2460
6   Facsimile: (702) 921-2461

7
    *Attorneys for Defendant*
8   *Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11  MEGAN HICKS,                                    Case No.:  3:19-cv-00301-LRH-CBC

12                        Plaintiff,

13          v.

                                                    **CASE STATUS REPORT**
14  MICHEAL   HOYT,   individually,   TESLA
15  MOTORS, INC.; DOES I through X, and ROE
    ENTITIES I through X,
16
                          Defendants.
17

18          Pursuant to the Court's Minute Order dated October 20, 2020 (ECF No. 11), Defendant Tesla

19  Motors, Inc., by and through its counsel, Jackson Lewis P.C., submits the instant Case Status Report.

20  Hon. Peggy A. Leen (Ret.) has been appointed by JAMS as the arbitrator. Judge Leen conducted an

21  arbitration management conference on September 30, 2020. Discovery is currently underway, and

22  the arbitration hearing is scheduled to commence on February 22, 2021.

23          DATED this 19th day of November, 2020.

24                                                  JACKSON LEWIS P.C.

25                                                  */s/ Joshua A. Sliker*
                                                    JOSHUA A. SLIKER, ESQ.
26                                                  Nevada Bar No. 12493
                                                    300 S. Fourth Street, Suite 900
27                                                  Las Vegas, Nevada 89101

28                                                  *Attorneys for Defendant Tesla Motors, Inc.*
    4829-1201-7618, v. 1

JACKSON LEWIS P.C.
LAS VEGAS