**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN HICKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHEAL HOYT, individually, TESLA MOTORS, INC.; DOES I through X, and ROE ENTITIES I through X,<br><br>　　　　　Defendants. | Case No.: 3:19-cv-00301-LRH-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff MEGAN HICKS, and Defendant TESLA MOTORS, INC, by and through their respective counsel of record, hereby stipulate and agree to dismiss this case and all claims and allegations therein with prejudice, each party to bear their own fees and costs.

DATED this 3rd day of June, 2021.

| | |
|---|---|
| LEGAL OFFICES OF JAMES J. LEE | JACKSON LEWIS P.C. |
| */s/ James J. Lee* | */s/ Joshua A. Sliker* |
| JAMES J. LEE, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 1909 | Nevada Bar No. 12493 |
| 2620 Regatta Drive, Suite 102 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Megan Hicks* | *Attorneys for Defendant Tesla Motors, Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of June, 2021

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE